UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AVAULTA PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION                                           MDL No. 2187

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-20)

On October 12, 2010, the Panel transferred 21 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See 746 F.Supp.2d 1362 (J.P.M.L. 2010). Since that time, 63 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of October 12, 2010, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Aug 10, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED ON

AUG 10 2011

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

IN RE: AVAULTA PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION                MDL No. 2187

SCHEDULE CTO-20 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
| --- | --- | --- | --- |

GEORGIA NORTHERN

| | | | |
| --- | --- | --- | --- |
| GAN | 1 | 11-02152 | Puhl et al v. C.R. Bard, Inc. et al |
| GAN | 1 | 11-02419 | Olmos et al v. C. R. Bard, Inc. et al |
| GAN | 1 | 11-02459 | Saarela v. C. R. Bard, Inc. et al |
| GAN | 1 | 11-02460 | Lindsey et al v. C. R. Bard, Inc. |
| GAN | 1 | 11-02461 | Porter et al v. C. R. Bard, Inc. et al |

IOWA NORTHERN

| | | | |
| --- | --- | --- | --- |
| IAN | 6 | 11-02031 | Allen v. CR Bard, Inc |

MISSISSIPPI NORTHERN

| | | | |
| --- | --- | --- | --- |
| MSN | 3 | 11-00069 | Mayo et al v. C. R. Bard, Inc. et al |



Activity in Case MDL No. 2187 IN RE: Avaulta Pelvic Support Systems
Products Liability Litigation CTO Final Minute Order (Clerks)
JPMLCMECF to: JPMLCMDECF                                    08/10/2011 09:11 AM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.

United States

### United States Judicial Panel on Multidistrict Litigation

**Notice of Electronic Filing**

The following transaction was entered on 8/10/2011 at 9:10 AM EDT and filed on 8/10/2011

Case Name: IN RE: Avaulta Pelvic Support Systems Products Liability Litigation
Case Number: MDL No. 2187
Filer:
Document Number: No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-20) Finalized on 8/10/2011. Please see pleading (3 in GAN/1:11-cv-02152, 3 in GAN/1:11-cv-02419, 3 in GAN/1:11-cv-02459, 3 in GAN/1:11-cv-02460, 3 in GAN/1:11-cv-02461, 3 in IAN/6:11-cv-02031, [113] in MDL No. 2187, 3 in MSN/3:11-cv-00069).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/10/2011.

Associated Cases: MDL No. 2187, GAN/1:11-cv-02152, GAN/1:11-cv-02419,

GAN/1:11-cv-02459, GAN/1:11-cv-02460, GAN/1:11-cv-02461, IAN/6:11-cv-02031, MSN/3:11-cv-00069 (trb)

| | |
|---|---|
| Case Name: | Mayo et al v. C. R. Bard, Inc. et al |
| Case Number: | MSN/3:11-cv-00069 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
\*\*\*TEXT ONLY ENTRY\*\*\*

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-20) Finalized on 8/10/2011. Please see pleading (3 in GAN/1:11-cv-02152, 3 in GAN/1:11-cv-02419, 3 in GAN/1:11-cv-02459, 3 in GAN/1:11-cv-02460, 3 in GAN/1:11-cv-02461, 3 in IAN/6:11-cv-02031, [113] in MDL No. 2187, 3 in MSN/3:11-cv-00069).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/10/2011.

Associated Cases: MDL No. 2187, GAN/1:11-cv-02152, GAN/1:11-cv-02419, GAN/1:11-cv-02459, GAN/1:11-cv-02460, GAN/1:11-cv-02461, IAN/6:11-cv-02031, MSN/3:11-cv-00069 (trb)

| | |
|---|---|
| Case Name: | Puhl et al v. C.R. Bard, Inc. et al |
| Case Number: | GAN/1:11-cv-02152 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
\*\*\*TEXT ONLY ENTRY\*\*\*

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-20) Finalized on 8/10/2011. Please see pleading (3 in GAN/1:11-cv-02152, 3 in GAN/1:11-cv-02419, 3 in GAN/1:11-cv-02459, 3 in GAN/1:11-cv-02460, 3 in GAN/1:11-cv-02461, 3 in IAN/6:11-cv-02031, [113] in MDL No. 2187, 3 in MSN/3:11-cv-00069).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/10/2011.

Associated Cases: MDL No. 2187, GAN/1:11-cv-02152, GAN/1:11-cv-02419, GAN/1:11-cv-02459, GAN/1:11-cv-02460, GAN/1:11-cv-02461, IAN/6:11-cv-02031, MSN/3:11-cv-00069 (trb)

| | |
|---|---|
| Case Name: | Saarela v. C. R. Bard, Inc. et al |
| Case Number: | GAN/1:11-cv-02459 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-20) Finalized on 8/10/2011. Please see pleading (3 in GAN/1:11-cv-02152, 3 in GAN/1:11-cv-02419, 3 in GAN/1:11-cv-02459, 3 in GAN/1:11-cv-02460, 3 in GAN/1:11-cv-02461, 3 in IAN/6:11-cv-02031, [113] in MDL No. 2187, 3 in MSN/3:11-cv-00069).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia

for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/10/2011.

Associated Cases: MDL No. 2187, GAN/1:11-cv-02152, GAN/1:11-cv-02419, GAN/1:11-cv-02459, GAN/1:11-cv-02460, GAN/1:11-cv-02461, IAN/6:11-cv-02031, MSN/3:11-cv-00069 (trb)

| | |
|---|---|
| Case Name: | Allen v. CR Bard, Inc |
| Case Number: | IAN/6:11-cv-02031 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-20) Finalized on 8/10/2011. Please see pleading (3 in GAN/1:11-cv-02152, 3 in GAN/1:11-cv-02419, 3 in GAN/1:11-cv-02459, 3 in GAN/1:11-cv-02460, 3 in GAN/1:11-cv-02461, 3 in IAN/6:11-cv-02031, [113] in MDL No. 2187, 3 in MSN/3:11-cv-00069).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/10/2011.

Associated Cases: MDL No. 2187, GAN/1:11-cv-02152, GAN/1:11-cv-02419, GAN/1:11-cv-02459, GAN/1:11-cv-02460, GAN/1:11-cv-02461, IAN/6:11-cv-02031, MSN/3:11-cv-00069 (trb)

| | |
|---|---|
| Case Name: | Olmos et al v. C. R. Bard, Inc. et al |
| Case Number: | GAN/1:11-cv-02419 |
| Filer: | |
| Document | |

Number: No document attached

**Docket Text:**
\*\*\*TEXT ONLY ENTRY\*\*\*

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-20) Finalized on 8/10/2011. Please see pleading (3 in GAN/1:11-cv-02152, 3 in GAN/1:11-cv-02419, 3 in GAN/1:11-cv-02459, 3 in GAN/1:11-cv-02460, 3 in GAN/1:11-cv-02461, 3 in IAN/6:11-cv-02031, [113] in MDL No. 2187, 3 in MSN/3:11-cv-00069).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/10/2011.

Associated Cases: MDL No. 2187, GAN/1:11-cv-02152, GAN/1:11-cv-02419, GAN/1:11-cv-02459, GAN/1:11-cv-02460, GAN/1:11-cv-02461, IAN/6:11-cv-02031, MSN/3:11-cv-00069 (trb)

| | |
|---|---|
| Case Name: | Porter et al v. C. R. Bard, Inc. et al |
| Case Number: | GAN/1:11-cv-02461 |
| Filer: | |
| Document Number: | No document attached |

**Docket Text:**
\*\*\*TEXT ONLY ENTRY\*\*\*

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-20) Finalized on 8/10/2011. Please see pleading (3 in GAN/1:11-cv-02152, 3 in GAN/1:11-cv-02419, 3 in GAN/1:11-cv-02459, 3 in GAN/1:11-cv-02460, 3 in GAN/1:11-cv-02461, 3 in IAN/6:11-cv-02031, [113] in MDL No. 2187, 3 in MSN/3:11-cv-00069).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any

party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/10/2011.

Associated Cases: MDL No. 2187, GAN/1:11-cv-02152, GAN/1:11-cv-02419, GAN/1:11-cv-02459, GAN/1:11-cv-02460, GAN/1:11-cv-02461, IAN/6:11-cv-02031, MSN/3:11-cv-00069 (trb)

| | |
|---|---|
| Case Name: | Lindsey et al v. C. R. Bard, Inc. |
| Case Number: | GAN/1:11-cv-02460 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-20) Finalized on 8/10/2011. Please see pleading (3 in GAN/1:11-cv-02152, 3 in GAN/1:11-cv-02419, 3 in GAN/1:11-cv-02459, 3 in GAN/1:11-cv-02460, 3 in GAN/1:11-cv-02461, 3 in IAN/6:11-cv-02031, [113] in MDL No. 2187, 3 in MSN/3:11-cv-00069).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/10/2011.

Associated Cases: MDL No. 2187, GAN/1:11-cv-02152, GAN/1:11-cv-02419, GAN/1:11-cv-02459, GAN/1:11-cv-02460, GAN/1:11-cv-02461, IAN/6:11-cv-02031, MSN/3:11-cv-00069 (trb)

No public notice (electronic or otherwise) sent because the entry is private



Activity in Case MDL No. 2187 IN RE: Avaulta Pelvic Support Systems Products Liability Litigation Conditional Transfer Order Finalized
JPMLCMECF  to: JPMLCMDECF                                                    08/10/2011 09:08 AM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

**Notice of Electronic Filing**

The following transaction was entered on 8/10/2011 at 9:07 AM EDT and filed on 8/10/2011

| | |
|---|---|
| Case Name: | IN RE: Avaulta Pelvic Support Systems Products Liability Litigation |
| Case Number: | MDL No. 2187 |
| Filer: | |
| Document Number: | 113 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-20) - 7 action(s) *re: pldg. (1 in GAN/1:11-cv-02152, 1 in GAN/1:11-cv-02419, 1 in GAN/1:11-cv-02459, 1 in GAN/1:11-cv-02460, 1 in GAN/1:11-cv-02461, 1 in IAN/6:11-cv-02031, [108] in MDL No. 2187, 1 in MSN/3:11-cv-00069)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/10/2011.

Associated Cases: MDL No. 2187, GAN/1:11-cv-02152, GAN/1:11-cv-02419, GAN/1:11-cv-02459, GAN/1:11-cv-02460, GAN/1:11-cv-02461, IAN/6:11-cv-02031, MSN/3:11-cv-00069 (trb)

| | |
|---|---|
| Case Name: | Mayo et al v. C. R. Bard, Inc. et al |
| Case Number: | MSN/3:11-cv-00069 |
| Filer: | |

Document Number: 3

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-20) - 7 action(s) *re: pldg. (1 in GAN/1:11-cv-02152, 1 in GAN/1:11-cv-02419, 1 in GAN/1:11-cv-02459, 1 in GAN/1:11-cv-02460, 1 in GAN/1:11-cv-02461, 1 in IAN/6:11-cv-02031, [108] in MDL No. 2187, 1 in MSN/3:11-cv-00069)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/10/2011.

Associated Cases: MDL No. 2187, GAN/1:11-cv-02152, GAN/1:11-cv-02419, GAN/1:11-cv-02459, GAN/1:11-cv-02460, GAN/1:11-cv-02461, IAN/6:11-cv-02031, MSN/3:11-cv-00069 (trb)

| | |
|---|---|
| Case Name: | Puhl et al v. C.R. Bard, Inc. et al |
| Case Number: | GAN/1:11-cv-02152 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-20) - 7 action(s) *re: pldg. (1 in GAN/1:11-cv-02152, 1 in GAN/1:11-cv-02419, 1 in GAN/1:11-cv-02459, 1 in GAN/1:11-cv-02460, 1 in GAN/1:11-cv-02461, 1 in IAN/6:11-cv-02031, [108] in MDL No. 2187, 1 in MSN/3:11-cv-00069)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/10/2011.

Associated Cases: MDL No. 2187, GAN/1:11-cv-02152, GAN/1:11-cv-02419, GAN/1:11-cv-02459, GAN/1:11-cv-02460, GAN/1:11-cv-02461, IAN/6:11-cv-02031, MSN/3:11-cv-00069 (trb)

| | |
|---|---|
| Case Name: | Saarela v. C. R. Bard, Inc. et al |
| Case Number: | GAN/1:11-cv-02459 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-20) - 7 action(s) *re: pldg. (1*

in GAN/1:11-cv-02152, 1 in GAN/1:11-cv-02419, 1 in GAN/1:11-cv-02459, 1 in GAN/1:11-cv-02460, 1 in GAN/1:11-cv-02461, 1 in IAN/6:11-cv-02031, [108] in MDL No. 2187, 1 in MSN/3:11-cv-00069) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/10/2011.

Associated Cases: MDL No. 2187, GAN/1:11-cv-02152, GAN/1:11-cv-02419, GAN/1:11-cv-02459, GAN/1:11-cv-02460, GAN/1:11-cv-02461, IAN/6:11-cv-02031, MSN/3:11-cv-00069 (trb)

| | |
|---|---|
| Case Name: | Allen v. CR Bard, Inc |
| Case Number: | IAN/6:11-cv-02031 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-20) - 7 action(s) re: pldg. (1 in GAN/1:11-cv-02152, 1 in GAN/1:11-cv-02419, 1 in GAN/1:11-cv-02459, 1 in GAN/1:11-cv-02460, 1 in GAN/1:11-cv-02461, 1 in IAN/6:11-cv-02031, [108] in MDL No. 2187, 1 in MSN/3:11-cv-00069) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/10/2011.

Associated Cases: MDL No. 2187, GAN/1:11-cv-02152, GAN/1:11-cv-02419, GAN/1:11-cv-02459, GAN/1:11-cv-02460, GAN/1:11-cv-02461, IAN/6:11-cv-02031, MSN/3:11-cv-00069 (trb)

| | |
|---|---|
| Case Name: | Olmos et al v. C. R. Bard, Inc. et al |
| Case Number: | GAN/1:11-cv-02419 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-20) - 7 action(s) re: pldg. (1 in GAN/1:11-cv-02152, 1 in GAN/1:11-cv-02419, 1 in GAN/1:11-cv-02459, 1 in GAN/1:11-cv-02460, 1 in GAN/1:11-cv-02461, 1 in IAN/6:11-cv-02031, [108] in MDL No. 2187, 1 in MSN/3:11-cv-00069) Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/10/2011.

Associated Cases: MDL No. 2187, GAN/1:11-cv-02152, GAN/1:11-cv-02419, GAN/1:11-cv-02459, GAN/1:11-cv-02460, GAN/1:11-cv-02461, IAN/6:11-cv-02031, MSN/3:11-cv-00069 (trb)

| | |
|---|---|
| Case Name: | Porter et al v. C. R. Bard, Inc. et al |
| Case Number: | GAN/1:11-cv-02461 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-20) - 7 action(s) *re: pldg. (1 in GAN/1:11-cv-02152, 1 in GAN/1:11-cv-02419, 1 in GAN/1:11-cv-02459, 1 in GAN/1:11-cv-02460, 1 in GAN/1:11-cv-02461, 1 in IAN/6:11-cv-02031, [108] in MDL No. 2187, 1 in MSN/3:11-cv-00069)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/10/2011.

Associated Cases: MDL No. 2187, GAN/1:11-cv-02152, GAN/1:11-cv-02419, GAN/1:11-cv-02459, GAN/1:11-cv-02460, GAN/1:11-cv-02461, IAN/6:11-cv-02031, MSN/3:11-cv-00069 (trb)

| | |
|---|---|
| Case Name: | Lindsey et al v. C. R. Bard, Inc. |
| Case Number: | GAN/1:11-cv-02460 |
| Filer: | |
| Document Number: | 3 |

Docket Text:
CONDITIONAL TRANSFER ORDER FINALIZED (CTO-20) - 7 action(s) *re: pldg. (1 in GAN/1:11-cv-02152, 1 in GAN/1:11-cv-02419, 1 in GAN/1:11-cv-02459, 1 in GAN/1:11-cv-02460, 1 in GAN/1:11-cv-02461, 1 in IAN/6:11-cv-02031, [108] in MDL No. 2187, 1 in MSN/3:11-cv-00069)* Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 8/10/2011.

Associated Cases: MDL No. 2187, GAN/1:11-cv-02152, GAN/1:11-cv-02419, GAN/1:11-cv-02459, GAN/1:11-cv-02460, GAN/1:11-cv-02461, IAN/6:11-cv-02031,

MSN/3:11-cv-00069 (trb)

**MDL No. 2187 Notice has been electronically mailed to:**

Henry G. Garrard, III hgg@bbgbalaw.com, slh@bbgbalaw.com

Lawrence J Tweel larry@greeneketchum.com

Fred Thompson, III fthompson@motleyrice.com, mbessis@motleyrice.com

Marc E. Williams marc.williams@nelsonmullins.com

**MDL No. 2187 Notice will not be electronically mailed to:**

**MSN/3:11-cv-00069 Notice has been electronically mailed to:**

Mark W Davis markdavis@daviscrump.com

Martin Daniel Crump martincrump@davisandfeder.com

**MSN/3:11-cv-00069 Notice will not be electronically mailed to:**

**GAN/1:11-cv-02152 Notice has been electronically mailed to:**

Andrew Judson Hill, III ajh@bbgbalaw.com

Adam Bryant Land abl@bbgbalaw.com

Gary B. Blasingame gbb@bbgbalaw.com

Josh B. Wages jbw@bbgbalaw.com

Charles Matthew Smith msmith@weathingtonfirm.com

**GAN/1:11-cv-02152 Notice will not be electronically mailed to:**

**GAN/1:11-cv-02459 Notice has been electronically mailed to:**

**GAN/1:11-cv-02459 Notice will not be electronically mailed to:**

**IAN/6:11-cv-02031 Notice has been electronically mailed to:**

James H Cook cookj@wloolaw.com, knoxc@wloolaw.com

**IAN/6:11-cv-02031 Notice will not be electronically mailed to:**

**GAN/1:11-cv-02419 Notice has been electronically mailed to:**

James B. Matthews, III  jbm@bbgbalaw.com

**GAN/1:11-cv-02419 Notice will not be electronically mailed to:**

**GAN/1:11-cv-02461 Notice has been electronically mailed to:**

**GAN/1:11-cv-02461 Notice will not be electronically mailed to:**

**GAN/1:11-cv-02460 Notice has been electronically mailed to:**

Richard B. North  richard.north@nelsonmullins.com

**GAN/1:11-cv-02460 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP JPMLStamp_ID=1090522767 [Date=8/10/2011]
[FileNumber=210128-0]
[74b080d0c6c46bbd3a32ab96db9cd28242b4ad176a93737b1efc4bde673eed63fdae
8
e874684beb2d1fc63b3f838c7803b49dee8a5afcb72177a0d8c9ead33e6]]